UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEGAL AID CHICAGO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 1:23-cv-4809 |
| HUNTER PROPERTIES, INC. | ) ) ) |
| Defendant. | ) ) |

NOTICE OF AFFILIATES DISCLOSURE STATEMENT

Plaintiff, Legal Aid Chicago, pursuant to Local Rule 3.2 of this Court, provides the following information to this Court:

Plaintiff is a non-profit organization that has no affiliates.

Respectfully submitted July 25, 2023

By:/s/ *Brian J. Massengill*
Brian J. Massengill
Megan E. Stride
Julia M. Petsche (admission forthcoming)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: 312-783-0600
bmassengill@mayerbrown.com
mstride@mayerbrown.com
jpetsche@mayerbrown.com

Sandra S. Park
American Civil Liberties Union
Women's Rights Project
125 Broad St. 18th Fl.
New York, NY 10004
Tel: 212-549-2500
spark@aclu.org

Ameri R. Klafeta
Emily Werth
Roger Baldwin Foundation of ACLU, Inc.
150 North Michigan Avenue, Suite 600
Chicago, IL 60601
Tel: 312-201-9740
aklafeta@aclu-il.org
ewerth@aclu-il.org

Eric Dunn (admission forthcoming)
Katherine E. Walz
National Housing Law Project
1663 Mission St., Suite 460
San Francisco, CA 94103
Tel: 415-546-7000
edunn@nhlp.org
kwalz@nhlp.org

*Counsel for Plaintiff Legal Aid Chicago*