355994
**Law Firm Ref#: 22714239**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

LEGAL AID CHICAGO,

        **Plaintiff(s),**

    **VS**

HUNTER PROPERTIES, INC.

        **Defendant(s).**

Case No.: **1:23-cv-04809**

### AFFIDAVIT OF SPECIAL PROCESS SERVER

**Jason Holinka** being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am an employee of It's Your Serve, Inc., Illinois Department of Financial and Professional Regulation number 117.000885.

INDIVIDUAL/ENTITY TO BE SERVED: **Hunter Properties, Inc.**

I, Served the within named INDIVIDUAL/ENTITY on **7/26/2023 at 2:27 PM**

**CORPORATE SERVICE:** by leaving a copy of this process with **Mayra Deleon** (Title): **Leasing** , a person authorized to accept service. I informed that person of the contents thereof.

TYPE OF PROCESS: **Summons in a Civil Case; Complaint; Notice of Affiliates Disclosure Statement; Notifitication of Docket Entry Made on July 25, 2023; Notices of Appearance**

ADDRESS WHERE SERVED: **2057 W Addison St, Chicago, IL 60618-6125**

The sex, race and approximate age of the individual/entity with whom the copy of this process was left is as follows:

Sex: **Female** - Race: **Hispanic** - Hair: **Black** - Approx. Age: **50-55** - Height: **5'5"** - Weight: **180**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

_____

Jason Holinka, Process Server
Dated: _____7-27-23_____



It's Your Serve, Inc.
134 N. LaSalle Street, #1410
Chicago, IL 60602
(312) 855-0303

355994
Order #:355994/ILPRF441