**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LEGAL AID CHICAGO, | ) | |
| | ) | Case No. 1:23-cv-4809 |
| Plaintiff, | ) | |
| | ) | Honorable Steven C. Seeger |
| v. | ) | |
| | ) | |
| HUNTER PROPERTIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Hunter Properties, Inc. ("Hunter Properties"), respectfully moves this Court to extend the time to answer or otherwise plead to Plaintiff Legal Aid Chicago's ("Plaintiff") Complaint. Counsel for Hunter Properties has conferred with Plaintiff's counsel, and Plaintiff does not oppose the requested extension.

Hunter Properties was served with the Complaint on July 26, 2023,[1] and its deadline to respond to Plaintiff's Complaint is August 16, 2023. Hunter Properties just recently retained outside counsel to handle this matter, who promptly contacted Plaintiff's counsel to seek an extension. This is Hunter Properties' first request for an extension of time, and this brief extension will not prejudice any party.

For the foregoing reasons, Defendant Hunter Properties respectfully requests that the Court grant this Motion and extend Hunter Properties' deadline to answer or otherwise plead to Plaintiff's Complaint to September 15, 2023.

---

[1] Defendant does not believe service was proper (Plaintiff disagrees) but has agreed to waive any contest to the manner of service in light of Plaintiff's agreement to this extension.

Dated: August 15, 2023        Respectfully submitted,

/s/ John S. Letchinger
John S. Letchinger
Katharine H. Walton
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606
(312) 416-6200 (phone)
(312) 416-6201 (fax)
jletchinger@bakerlaw.com
kwalton@bakerlaw.com

*Attorneys for Defendant*
Hunter Properties, Inc.

4889-6578-0087.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, August 15, 2023, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/ John S. Letchinger

4889-6578-0087.1