**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Legal Aid Chicago

       Plaintiff,

v.              Case No.: 1:23−cv−04809
              Honorable Steven C. Seeger

Hunter Properties, Inc.

       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 16, 2023:

   MINUTE entry before the Honorable Steven C. Seeger: Defendant's motion for an extension of time (Dckt. No. [14]) is hereby granted. The response to the complaint is due by September 15, 2023. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.