**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

Legal Aid Chicago

                Plaintiff,

v.                                           Case No.: 1:23–cv–04809
                                              Honorable Jeffrey Cummings

Hunter Properties, Inc.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 13, 2023:

      MINUTE entry before the Honorable Jeffrey Cummings: This case has been reassigned to this Court by consent of the parties [16]. The 9/15/23 deadline to answer or otherwise plead stands. The previously set 10/9/23 joint status report deadline is stricken. By 10/5/23, the parties shall review this Court's Standing Order for Initial Joint Status Report (available on the Court's website) and file a joint status report in accordance with this Court's procedures for consent cases. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.