UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEGAL AID CHICAGO, | ) | |
| | ) | Case No. 1:23-cv-4809 |
| Plaintiff, | ) | |
| | ) | Magistrate Judge Jeffrey Cummings |
| v. | ) | |
| | ) | |
| HUNTER PROPERTIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Hunter Properties, Inc. ("Hunter Properties"), respectfully moves this Court to extend the time to answer or otherwise plead to Plaintiff Legal Aid Chicago's ("Plaintiff") Complaint. Counsel for Hunter Properties has conferred with Plaintiff's counsel, and Plaintiff does not oppose the requested extension.

Hunter Properties was served with the Complaint on July 26, 2023, making its original responsive pleading due August 16, 2023. On August 16, 2023, the Court granted Hunter Properties' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint and extended Hunter Properties' deadline to September 15, 2023. Counsel for Hunter Properties needs additional time to investigate the allegations and claims asserted in the Complaint, and at the same time has initiated discussions with Plaintiff's counsel regarding Hunter Properties' policies. This is Hunter Properties' second request for an extension of time, and this request is made in good faith and not for purpose of delay or any other improper purpose.

For the foregoing reasons, Defendant Hunter Properties respectfully requests that the Court grant this Motion and extend Hunter Properties' deadline to answer or otherwise plead to Plaintiff's Complaint to October 16, 2023.

Dated: September 13, 2023                     Respectfully submitted,

                                                 /s/ John S. Letchinger
John S. Letchinger
Katharine H. Walton
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606
(312) 416-6200 (phone)
(312) 416-6201 (fax)
jletchinger@bakerlaw.com
kwalton@bakerlaw.com

*Attorneys for Defendant*
Hunter Properties, Inc.

2

4895-8821-2095.2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, September 13, 2023, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/ John S. Letchinger