# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Legal Aid Chicago

          Plaintiff,

v.                   Case No.: 1:23−cv−04809
                  Honorable Jeffrey Cummings

Hunter Properties, Inc.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 15, 2023:

  MINUTE entry before the Honorable Jeffrey Cummings: Defendant's unopposed motion for extension of time to respond to plaintiff's complaint [20] is granted. Defendant shall answer or otherwise plead by 10/16/23. The 10/5/23 status report deadline is stricken. By 10/25/23, the parties shall review this Court's Standing Order for Initial Joint Status Report (available on the Court's website) and file a joint status report in accordance with this Court's procedures for consent cases. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.