UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEGAL AID CHICAGO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 1:23-cv-4809 |
| | ) | |
| | ) | |
| | ) | Unopposed Motion for Leave to Withdraw |
| HUNTER PROPERTIES, INC. | ) | Sandra S. Park as Counsel for Plaintiff |
| | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW SANDRA S. PARK AS COUNSEL**

Undersigned counsel for Plaintiff Legal Aid Chicago respectfully moves, pursuant to Local Rule 83.17, to withdraw Sandra S. Park as counsel of record in the above-captioned case and, in support of this Motion, states as follows.

1. Sandra S. Park has submitted her resignation from the American Civil Liberties Union Foundation.

2. Current counsel will continue representation for the Plaintiff, who will not suffer any prejudice as a result of the withdrawal. They include: Brian J. Massengill & Megan E. Stride of Mayer Brown LLP, Ameri R. Klafeta & Emily Werth of the Rodger Baldwin Foundation of ACLU, Inc., and Eric Dunn & Katherine E. Walz of the National Housing Law Project.

3. Notice of Sandra S. Park's withdrawal has been provided to Legal Aid Chicago and counsel for Defendant, who consent to the filing of this motion.

4. WHEREFORE, movant seeks an order granting leave for withdrawal of Sandra S. Park as counsel for Plaintiff in the above-captioned case.

Dated: September 18, 2023

Respectfully submitted,

*/s/* Sandra S. Park
American Civil Liberties Union
Women's Rights Project
125 Broad St. 18th Fl.
New York, NY 10004
Tel: 212-549-2500
spark@aclu.org