# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Legal Aid Chicago
                              Plaintiff,

v.                                                              Case No.: 1:23−cv−04809
                                                                Honorable Jeffrey Cummings

Hunter Properties, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 19, 2023:

    MINUTE entry before the Honorable Jeffrey Cummings: For the reasons stated in the motion, attorney Sandra S. Park's motion to withdraw as counsel for plaintiff [22] is granted. Mailed notice(cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.