# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LEGAL AID CHICAGO, ) | |
| ) | Case No. 1:23-cv-4809 |
| Plaintiff, ) | |
| ) | Magistrate Judge Jeffrey Cummings |
| v. ) | |
| ) | |
| HUNTER PROPERTIES, INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION TO DISMISS

Defendant, Hunter Properties, Inc. ("Hunter Properties"), respectfully moves this Court for an order dismissing Plaintiff's Complaint (Doc. 1) for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) or, alternatively, for failure to state a claim on which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). Support for this Motion is found in the accompanying Memorandum of Law and Declaration of Hilary Frey.

WHEREFORE, Defendant Hunter Properties, Inc. respectfully requests that this Court enter an Order granting this Motion and ordering the relief specified in Hunter Properties, Inc.'s Memorandum of Law.

Dated: October 16, 2023            Respectfully submitted,

                                                          */s/ Maria A. Boelen*

                                                          John S. Letchinger (jletchinger@bakerlaw.com)
                                                          Maria A. Boelen (mboelen@bakerlaw.com)
                                                          Katharine H. Walton (kwalton@bakerlaw.com)
                                                          **BAKER & HOSTETLER LLP**
                                                          One North Wacker Drive, Suite 4500
                                                          Chicago, IL 60606
                                                          Telephone: 312.416.6200
                                                          Facsimile: 312.416.6201

                                                          *Attorneys for Defendant Hunter Properties, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, October 16, 2023, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ Maria A. Boelen*