UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### GENERAL ORDER 23-0041

It appearing that Jeannice Appenteng has entered on duty as a Magistrate Judge for the Northern District of Illinois, with a duty station in Chicago, Illinois, effective October 27, 2023; and

It further appearing that Internal Operating Procedure 17 provides for the creation of an initial calendar for a newly appointed magistrate judge; therefore

It is hereby ordered that the attached list of civil consent, civil referrals, and criminal cases are hereby reassigned to form the initial calendar of the Honorable Jeannice Appenteng; and

It is furthered ordered pursuant to Local Rule 72.1 that Magistrate Judge Appenteng is to become the designated magistrate judge in any pending civil or criminal cases where Magistrate Judge Jeffrey I. Cummings was the designated magistrate judge as of October 26, 2023; and

It is further ordered pursuant to Local Rule 73.1(e), the attached list of civil cases where the parties previously consented to proceed before the magistrate judge, pursuant to Local Rule 72.1, the parties may object within 21 days of reassignment. If a timely objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending; and

It is further ordered that any civil case that has been reassigned pursuant to this Order will not be randomly reassigned to create the initial calendar of a new magistrate judge for twelve months from the date of this Order; and

It is further ordered that, unless otherwise ordered by Magistrate Judge Appenteng, all hearing dates, deadlines, and schedules set by the magistrate judges in the attached list of cases are to remain in effect.

ENTER:
FOR THE EXECUTIVE COMMITTEE

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 27th day of October, 2023

**Civil Consent Cases to be Reassigned to Magistrate Judge Jeannice Appenteng**

| | |
|---|---|
| 1:19-cv-02413 | Yorktown Industries, Inc. et al v. Astor Graphics, Inc. |
| 1:19-cv-03928 | Aster Graphics, Inc. v. Yorktown Industries, Inc. et al |
| 1:21-cv-00224 | Continental Paper Grading Co. v. National Railroad Passenger Corporation - Amtrak |
| 1:21-cv-01298 | Kesse v. Saul |
| 1:21-cv-04161 | Hamzic v. Kijakazi |
| 1:21-cv-04650 | Botello v. Sergeant Lill et al |
| 1:21-cv-05089 | Equal Employment Opportunity Commission v. Ford Motor Co. |
| 1:21-cv-06074 | Kostelny v. Kijakazi |
| 1:22-cv-00410 | Meyers v. Kijakazi |
| 1:22-cv-00656 | Epperson v. Kijakazi |
| 1:22-cv-00726 | Purchase-Spence v. Kijakazi |
| 1:22-cv-00852 | Toliver v. Kijakazi |
| 1:22-cv-01600 | Medlicott v. Kijakazi |
| 1:22-cv-02397 | Patton v. Kijakazi |
| 1:22-cv-02867 | Stewart v. Kijakazi |
| 1:22-cv-03125 | Thiery v. Kijakazi |
| 1:22-cv-03158 | Andriola v. Kijakazi |
| 1:22-cv-03423 | O'Brien v. Kijakazi |
| 1:22-cv-03611 | Mares v. Kijakazi |
| 1:22-cv-03946 | Maluchnik v. Kijakazi |
| 1:22-cv-04364 | Hansen v. Kijakazi |
| 1:22-cv-04505 | Spencer v. Ralphs Grocery Company et al |
| 1:22-cv-04588 | Hultquist v. Kilolo Kijakazi |
| 1:22-cv-04624 | Wade v. Kijakazi |
| 1:22-cv-04806 | Groves-Colon v. Kijakazi |
| 1:22-cv-04921 | Solar Micronics, Inc. v. Reddy |
| 1:22-cv-05087 | Cliff v. Kijakazi |
| 1:22-cv-05422 | Campagna v. Kijakazi |
| 1:22-cv-06165 | Hill v. Kijakazi |
| 1:22-cv-06216 | Vazquez v. Kijakazi |

| | |
|---|---|
| 1:22-cv-06761 | Sanner v. Kijakazi |
| 1:22-cv-07245 | Tripenfeldas v. Kijakazi |
| 1:23-cv-00064 | Foster v. Kijakazi |
| 1:23-cv-00608 | Trester v. Kijakazi |
| 1:23-cv-01143 | Brown v. Titan Security |
| 1:23-cv-01158 | Givens v. Kijakazi |
| 1:23-cv-01408 | Weber v. Kijakazi |
| 1:23-cv-02006 | Catchings v. Kijakazi |
| 1:23-cv-02275 | Veller II v. Kijakazi |
| 1:23-cv-02404 | Stasinski v. Kijakazi |
| 1:23-cv-02614 | Arenson v. Kijakazi |
| 1:23-cv-02851 | Bojes v. Kijakazi |
| 1:23-cv-03082 | Bakopoulos v. Kijakazi |
| 1:23-cv-03148 | Nicholl v. Kijakazi |
| 1:23-cv-03638 | Cohan v. DDRTC VILLAGE CROSSING LLC |
| 1:23-cv-03715 | Scott v. Kijakazi, Acting Commissioner of the Social Security Administration |
| 1:23-cv-04809 | Legal Aid Chicago v. Hunter Properties, Inc. |
| 1:23-cv-04961 | Knize v. Kijakazi |
| 1:23-cv-04996 | Pisciotti v. Kijakazi |
| 1:23-cv-06000 | Haws v. Commissioner of Social Security |
| 1:23-cv-07040 | Rodriguez v. Kijakazi, Acting Commissioner of the Social Security Administration |
| 1:23-cv-10103 | Jackson v. Kijakazi, Acting Commissioner of the Social Security Administration |
| 1:23-cv-14072 | O'Brien v. Kijakazi |

**Civil Referral Cases to be Reassigned to Magistrate Judge Jeannice Appenteng**

| Case Number | Case Name | Assigned District Judge |
|---|---|---|
| 1:14-cv-01850 | Sgouros v. TransUnion Corp. | Coleman |
| 1:16-cv-03371 | Sonrai Systems, LLC v. Anthony M. Romano | Durkin |
| 1:16-cv-09417 | Maxson v. Dwyer | Gettleman |
| 1:17-cv-01972 | Motorola Solutions, Inc. v. Hytera Communications Corporation Ltd. | Valderrama |
| 1:18-cv-03335 | Gomez v. Guevara | Kocoras |
| 1:18-cv-03947 | Ledesma v. Marriott International, Inc. | Ellis |
| 1:18-cv-04998 | Pascal v. Top Tier Safety, Inc. | Valderrama |
| 1:18-cv-06550 | Riviana Foods, Inc. v. Jacobson Warehouse Inc. | Pacold |
| 1:18-cv-06829 | Horton v. City Of Rockford | Valderrama |
| 1:18-cv-07098 | Aguilar v. City of Chicago | Jenkins |
| 1:19-cv-00266 | Sporn v. TransUnion Interactive, Inc. | Coleman |
| 1:19-cv-02412 | Clay v. Dart | Wood |
| 1:19-cv-02796 | Caracci v. American Honda Motor Company, Inc. | Bucklo |
| 1:19-cv-02965 | Trustees of the Chicago Regional Council of Carpen v. Drive Construction, Inc. | Kendall |
| 1:19-cv-02995 | Hall v. Dart | Wood |
| 1:19-cv-04348 | Martinez v. Dart | Wood |
| 1:19-cv-04838 | Archie v. City Of Chicago | Gettleman |
| 1:19-cv-06014 | Vasquez v. City Of Chicago | Gottschall |
| 1:19-cv-06066 | Dixon v. Dart | Wood |
| 1:19-cv-06527 | McCartney v. Platte River Insurance Company | Blakey |
| 1:19-cv-06702 | Kuhlmann v. Dart | Wood |
| 1:19-cv-07398 | Hirsch v. Will County | Durkin |
| 1:19-cv-07772 | Su v. Su | Valderrama |
| 1:19-cv-08190 | Bratcher v. Nicholson | Kendall |
| 1:20-cv-00261 | Walker v. Dart | Rowland |
| 1:20-cv-01069 | Gibson v. Chubb National Insurance Company | Bucklo |

| | | |
|---|---|---|
| 1:20-cv-01128 | Flores v. Motorola Solutions Inc. | Tharp |
| 1:20-cv-01145 | McGowan v. Integrated Pain Management, S.C. | Durkin |
| 1:20-cv-01444 | Amor v. John Reid & Associates, Inc. | Alonso |
| 1:20-cv-02262 | Laborers' Pension Fund v. Proven Contractors, Inc. | Maldonado |
| 1:20-cv-02956 | Whitfield v. Dart | Valderrama |
| 1:20-cv-03449 | Gama v. Dart | Valderrama |
| 1:20-cv-03795 | Kellum v. Dart | Valderrama |
| 1:20-cv-03840 | Garcia v. Dart | Valderrama |
| 1:20-cv-03970 | WEC 98C-5, LLC v. Saks Incorporated | Valderrama |
| 1:20-cv-04034 | Cullom v. Dart | Valderrama |
| 1:20-cv-04047 | Perez v. Dart | Valderrama |
| 1:20-cv-04253 | Mathis v. Dart | Valderrama |
| 1:20-cv-04708 | Richardson v. Dart | Valderrama |
| 1:20-cv-04793 | Felix v. Roosevelt University | Valderrama |
| 1:20-cv-05096 | Pearson v. Community Unit School District No. 303 et al | Blakey |
| 1:20-cv-05319 | Coakley v. Dart | Valderrama |
| 1:20-cv-05788 | Pesek v. Pesek | Coleman |
| 1:20-cv-06051 | Gomez v. Rodarte | Gettleman |
| 1:20-cv-06656 | Williams v. Gray | Kennelly |
| 1:20-cv-06682 | Graham v. Stateville Correctional Center | Tharp |
| 1:20-cv-06730 | Bell v. Dart | Valderrama |
| 1:20-cv-07009 | Wilson v. Dart | Valderrama |
| 1:20-cv-07015 | Ibarra v. Prospera, LLC | Alonso |
| 1:20-cv-07119 | Smith v. Dart | Valderrama |
| 1:20-cv-07246 | Baker v. Dart | Valderrama |
| 1:20-cv-07655 | Emirates v. Assaf | Tharp |
| 1:21-cv-00319 | Fair v. Pfister | Maldonado |

4

| Case Number | Case Name | Judge |
|---|---|---|
| 1:21-cv-00545 | Allen Jr. v. Dart | Valderrama |
| 1:21-cv-01148 | Arroyo v. City of Chicago Police Dept. | Seeger |
| 1:21-cv-01182 | Azuz v. Accucom Corporation | Hunt |
| 1:21-cv-01521 | Pearson v. Dart | Valderrama |
| 1:21-cv-02193 | Todd v. Dart | Valderrama |
| 1:21-cv-02468 | Johnson v. Dart | Valderrama |
| 1:21-cv-02474 | Bonner v. Dart | Valderrama |
| 1:21-cv-03449 | Colomb v. SOS Security LLC, d/b/a SOS Security of Illinois L | Daniel |
| 1:21-cv-03495 | Roberts v. Kohl's, Inc. | Hunt |
| 1:21-cv-04683 | Rancifer v. Consolidated Electrical Distributors, Inc. | Bucklo |
| 1:21-cv-05312 | Grubhub Inc. v. The Kroger Co. | Valderrama |
| 1:21-cv-05790 | Ali v. Credit Corp Solutions, Inc. | Alonso |
| 1:21-cv-05867 | Turner v. GAC Star Quality, Inc. | Alonso |
| 1:21-cv-06079 | Curtis v. 7-Eleven, Inc. | Seeger |
| 1:21-cv-06228 | Tower Crossing Condominium Association Inc. v. Affiliated FM Insurance Company | Hunt |
| 1:21-cv-06611 | Banks v. Dart | Valderrama |
| 1:21-cv-06777 | Corona v. City of Chicago, Department of Animal Care and Control | Daniel |
| 1:22-cv-00140 | Wolfinger v. Skokie | Gettleman |
| 1:22-cv-00389 | Levin v. Altisource Solutions, Inc. | Jenkins |
| 1:22-cv-00914 | The Heil Co. v. Wastebuilt Environmental Solutions, LLC | Seeger |
| 1:22-cv-00964 | Higuera v. City Of Chicago | Seeger |
| 1:22-cv-01140 | Oakley, Inc. v. cjdropshipping.com | Alonso |
| 1:22-cv-01230 | Davis v. Dart | Valderrama |
| 1:22-cv-01536 | The Driscoll Firm, P.C. v. Federal City Law Group, PLLC | Aspen |
| 1:22-cv-01545 | Hurley v. Navy Federal Credit Union | Alonso |
| 1:22-cv-01742 | Referral Reward, LLC v. ARO Financial, Inc. | Coleman |

| Case Number | Case Name | Judge |
|---|---|---|
| 1:22-cv-02062 | Morton v. Perry's Restaurants Ltd | Lefkow |
| 1:22-cv-02265 | Vital Proteins LLC v. Ancient Brands, LLC | Tharp |
| 1:22-cv-02333 | Shophar v. Sloan | Valderrama |
| 1:22-cv-02342 | Guaranteed Rate, Inc. v. Rorvig | Gettleman |
| 1:22-cv-02500 | Angie Dik, In Her Capacity as Trustee for The John v. Freedom Capital Group, LLC | Pacold |
| 1:22-cv-02785 | Bowman v. Chicago Housing Authority | Maldonado |
| 1:22-cv-03509 | Reflection Window & Wall, LLC v. Talon Wall Holdings, LLC | Maldonado |
| 1:22-cv-03549 | American Kitchen Delights, Inc. v. City Of Harvey | Gettleman |
| 1:22-cv-03555 | Wilson v. Dolton School District 149 | Kness |
| 1:22-cv-03867 | Blockhus v. United Airlines, Inc. | Gettleman |
| 1:22-cv-03891 | Strong v. FedEx Corporation | Wood |
| 1:22-cv-03987 | Advanced Physical Medicine of Yorkville, Ltd. v. Allied Benefit Systems, Inc. | Leinenweber |
| 1:22-cv-04563 | Higgins v. Village of Lyons | Seeger |
| 1:22-cv-04673 | West v. Village of Dolton | Valderrama |
| 1:22-cv-04795 | Turner v. Dollar Tree Stores, Inc. | Gettleman |
| 1:22-cv-04948 | Keeling v. Collection Professionals, Inc. | Valderrama |
| 1:22-cv-05028 | Zip Top, Inc. v. S.C. Johnson & Son, Inc. | Alonso |
| 1:22-cv-05184 | Kellum v. Dart | Valderrama |
| 1:22-cv-06064 | Alba v. El Pollo Real, Inc. | Hunt |
| 1:22-cv-06177 | Ramona LaRue, Inc. v. The Entities and Individuals Identified in Annex A | Alonso |
| 1:22-cv-06589 | Shelton v. Starcon International, Inc. | Pacold |
| 1:22-cv-06737 | Hobbs v. Menard, Inc. | Hunt |
| 1:22-cv-07119 | Roadget Business PTE. Ltd. v. Whaleco, Inc. et al | Valderrama |
| 1:22-cv-07220 | Joudeh v. Gamma Team Security, Inc. | Tharp |
| 1:22-cv-07332 | Alamilla v. Stagecoach Leasing Inc. | Chang |

| | | |
|---|---|---|
| 1:22-cv-07367 | Ardagh Metal Packaging USA Corp. v. American Craft Brewery, LLC | Daniel |
| 1:23-cv-00139 | Jackson v. Aperion Care, Inc. | Ellis |
| 1:23-cv-00208 | Rogowski v. Hektoen Institute for Medical Research, LLC | Rowland |
| 1:23-cv-00335 | Gruar v. Primetime Logistics Services, Inc. | Kness |
| 1:23-cv-00868 | Omnireps, LLC v. CDW Corporation | Pacold |
| 1:23-cv-00977 | Stacey v. AT&T Corp. | Chang |
| 1:23-cv-01223 | Thomas v. Cook County Health Services | Pacold |
| 1:23-cv-01291 | Fox Valley & Vicinity Construction Workers Welfare v. Ruane Construction, Inc. | Hunt |
| 1:23-cv-01435 | Cortez v. Target Corporation | Valderrama |
| 1:23-cv-01466 | Cortes v. Zubha Pop Foods, LLC | Tharp |
| 1:23-cv-01907 | Edon Construction Co., Inc. v. Lowe's Home Centers, LLC | Blakey |
| 1:23-cv-01997 | Dyson, Inc. v. Sonwil Distribution Center, Inc. | Alonso |
| 1:23-cv-02110 | Sincavage v. Trans Union, LLC | Chang |
| 1:23-cv-02150 | Trigilio v. Walmart Inc. | Pacold |
| 1:23-cv-02277 | Brown v. 474 North Lake Shore Drive Condominium Association | Pacold |
| 1:23-cv-02371 | Nesbitt v. Harvey (#343) | Valderrama |
| 1:23-cv-02594 | Cocic v. Target Corporation | Kness |
| 1:23-cv-02842 | Alvarado v. Home Depot U.S.A., Inc. | Valderrama |
| 1:23-cv-02866 | The Huntington National Bank v. Del Priore | Tharp |
| 1:23-cv-02951 | Franklin Capital Holdings, LLC v. Fuell Inc. | Rowland |
| 1:23-cv-03118 | Legacy Event Lounge, Inc. v. Denson | Chang |
| 1:23-cv-03219 | BCL-CRE 3 Sub North LLC v. Just | Pacold |
| 1:23-cv-03225 | Moore v. AJ's Dent, LLC | Chang |
| 1:23-cv-03360 | Sheppard v. Village of Robbins, Illinois | Chang |
| 1:23-cv-03440 | Lacey v. The TJX Companies, Inc. | Tharp |
| 1:23-cv-03555 | FCA US LLC v. The Partnerships and Unincorporated Associations I | Alonso |
| 1:23-cv-03675 | Esbrook P.C. v. Wesco Insurance Company | Hunt |

| | | |
|---|---|---|
| 1:23-cv-03726 | Falconer v. UNITED STATES OF AMERICA | Tharp |
| 1:23-cv-03771 | Hopkins v. City Winery Chicago, LLC | Kocoras |
| 1:23-cv-03804 | Central Plaza, LLC v. United National Insurance Company | Pacold |
| 1:23-cv-03883 | Smith v. Cinemark USA, Inc. | Maldonado |
| 1:23-cv-04040 | Lukidis-Douligeris v. Costco Wholesale Corporation, a Washington Corpora | Hunt |
| 1:23-cv-04292 | Myrsyraimov v. Pearson Bros Trucking LLC et al | Daniel |
| 1:23-cv-04461 | Fernandes v. Forward Science LLC | Kness |
| 1:23-cv-04867 | Mosby-Oke v. Midland Credit Management, Inc. | Pacold |
| 1:23-cv-05227 | Surchi1, LLC v. The Travelers Indemnity Company of Connecticut | Pacold |
| 1:23-cv-05490 | Reusch, Jr v. The Hertz Corporation | Pacold |
| 1:23-cv-05535 | Roadlander v. Walter | Bucklo |

**Criminal Cases to be Reassigned to Magistrate Judge Jeannice Appenteng**

1:22-cr-00251  USA v. Blacha

1:23-cr-00485  USA v. Alvarado

1:23-cr-00492  USA v. Gonzalez


**Closed Civil Cases to be Reassigned to Magistrate Judge Jeannice Appenteng**

1:11-cv-07160  Voga v. Frisbee

1:22-cv-00605  Sheet Metal Workers' International Assocation, Local No. 73 et al v. Complete Mechanical Piping, LLC