# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Legal Aid Chicago
                    Plaintiff,

v.                                              Case No.: 1:23−cv−04809
                                                Honorable Jeannice W Appenteng

Hunter Properties, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 30, 2023:

    MINUTE entry before the Honorable Jeannice W Appenteng: The Court has reviewed the parties' joint status report [28]. The Court grants the parties' joint request to stay discovery pending resolution of the defendant's motion to dismiss [25] and adopts the parties' proposed briefing schedule as follows. Plaintiff shall respond to the motion to dismiss by 11/21/23 and defendant shall reply by 12/21/23. The Court will review the parties' submissions and will either issue a ruling by mail or, if necessary, set a telephonic hearing. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.