# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LEGAL AID CHICAGO, | ) |
|     Plaintiff, | ) Case No. 1:23-cv-4809 |
| | ) Magistrate Judge Jeannice Appenteng |
| v. | ) |
| HUNTER PROPERTIES, INC., | ) |
|     Defendant. | ) |

## OBJECTION TO MAGISTRATE JUDGE REASSIGNMENT

Pursuant to Local Rule 73.1, Defendant Hunter Properties, Inc. ("Hunter Properties"), respectfully objects to the October 27, 2023 reassignment of this matter to Magistrate Judge Jeannice Appenteng and requests that this matter be handled by the District Judge before whom it was last pending, the Honorable Steven C. Seeger.

Dated: November 9, 2023

Respectfully submitted,

*/s/ Maria A. Boelen*

John S. Letchinger
Maria A. Boelen
Katharine H. Walton
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 4500
Chicago, IL 60606
Telephone: 312.416.6200
Facsimile: 312.416.6201
jletchinger@bakerlaw.com
mboelen@bakerlaw.com
kwalton@bakerlaw.com

*Attorneys for Defendant Hunter Properties, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, November 9, 2023, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ Maria A. Boelen*
