**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
ORDER OF THE EXECUTIVE COMMITTEE**

It appearing that 23 CV 4809, *Legal Aid Chicago v. Hunter Properties, Inc.,* was reassigned from the Hon. Jeffrey I. Cummings to the Hon. Jeannice W. Appenteng pursuant to General Order 23-0041 on October 27, 2023; and

It further appearing that a Local Rule 73.1 objection to the magistrate judge reassignment was filed within 21 days of such reassignment; therefore

It is hereby ordered that 23 CV 4809, *Legal Aid Chicago v. Hunter Properties, Inc.,* is to be reassigned to the Hon. Steven C. Seeger pursuant to Local Rule 73.1(e)

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 14th day of November, 2023