# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LEGAL AID CHICAGO, | ) |
| | ) Case No. 1:23-cv-4809 |
| Plaintiff, | ) |
| | ) Honorable Steven C. Seeger |
| v. | ) |
| | ) |
| HUNTER PROPERTIES, INC., | ) |
| | ) |
| Defendant. | ) |

## FEDERAL RULE 7.1 / LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES

Defendant Hunter Properties, Inc. ("Hunter Properties"), by its attorneys and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.2 of the Local Rules for the United States District Court for the Northern District of Illinois, respectfully submits the following disclosure statement and notification as to affiliates:

Hunter Properties is wholly owned by the Randall H. Pavlock Trust Dated 11/10/1999. Kimberley Pavlock is the Trustee of said trust.

Dated: January 10, 2024                    Respectfully submitted,

                                            /s/ Maria A. Boelen

                                            John S. Letchinger
                                            Maria A. Boelen
                                            Katharine H. Walton
                                            **BAKER & HOSTETLER LLP**
                                            One North Wacker Drive, Suite 4500
                                            Chicago, IL 60606
                                            Telephone: 312.416.6200
                                            Facsimile: 312.416.6201
                                            jletchinger@bakerlaw.com
                                            mboelen@bakerlaw.com
                                            kwalton@bakerlaw.com

                                            *Attorneys for Defendant Hunter Properties, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, January 10, 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ Maria A. Boelen*
