**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Legal Aid Chicago v. Hunter Properties   Case Number: 1:23-cv-04809

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff Legal Aid Chicago

Attorney name (type or print): Eric Dunn

Firm: National Housing Law Project

Street address: 919 E. Main Street, Ste. 610

City/State/Zip: Richmond, VA 23219

Bar ID Number: VA 91778   Telephone Number: 206-914-3798
(See item 3 in instructions)

Email Address: edunn@nhlp.org

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.   ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 16, 2024

Attorney signature:   S/ Eric Dunn
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023