UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEGAL AID CHICAGO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:23-cv-4809 |
| v. ) | Honorable Steven C. Seeger |
| ) | |
| HUNTER PROPERTIES, INC. ) | |
| ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF LEGAL AID CHICAGO'S MOTION TO ALTER
OR AMEND THE JUDGMENT AND FOR LEAVE TO FILE
<u>FIRST AMENDED COMPLAINT</u>**

Plaintiff Legal Aid Chicago moves the Court to alter or amend the judgment pursuant to Federal Rule of Civil Procedure 59(e) and to grant leave to file its proposed First Amended Complaint ("FAC") pursuant to Federal Rule of Civil Procedure 15(a). A copy of the proposed pleading is attached as Exhibit A to this Motion. In support of this relief, Legal Aid Chicago incorporates the accompanying Memorandum in Support filed with this Motion.

Wherefore, Legal Aid Chicago respectfully requests that this Court grant relief under Rule 59(e), reopen the case, and permit Legal Aid Chicago to file the proposed FAC pursuant to Rule 15(a) for the reasons stated in the accompanying Memorandum in Support.

Dated: October 29, 2024

By:*/s/ Brian J. Massengill*
Brian J. Massengill
Brett E. Legner
Megan E. Stride
Julia M. Petsche
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606

Eric Dunn
Katherine E. Walz
National Housing Law Project
90 New Montgomery Street., Suite 1015
San Francisco, CA 94105
Tel: (415) 546-7000
edunn@nhlp.org

1

Tel: 312-783-0600
bmassengill@mayerbrown.com
blegner@mayerbrown.com
mstride@mayerbrown.com
jpetsche@mayerbrown.com

kwalz@nhlp.org

*Counsel for Plaintiff Legal Aid Chicago*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true and correct copy of the foregoing was served upon all parties of record via the U.S. District Court for Northern District of Illinois' Electronic Filing System on October 29, 2024.

/s/ *Brian J. Massengill*
Brian J. Massengill