# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Legal Aid Chicago
          Plaintiff,

v.                                      Case No.: 1:23−cv−04809
                                             Honorable Steven C. Seeger

Hunter Properties, Inc.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 4, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff Legal Aid Chicago's motion to alter or amend the judgment and motion for leave to file a first amended complaint (Dckt. No. [50]) is hereby granted. The judgment (Dckt. No. [49]) is hereby vacated. The Court grants Plaintiff leave to file the first amended complaint by November 8, 2024. The Court directs the Clerk's Office to reopen the case. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.