UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEGAL AID CHICAGO, | ) |
| | ) Case No. 1:23-cv-4809 |
| Plaintiff, | ) |
| | ) Honorable Steven C. Seeger |
| v. | ) |
| | ) |
| HUNTER PROPERTIES, INC., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION TO
EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Hunter Properties, Inc. ("Hunter Properties") respectfully moves this Court to extend the time to answer or otherwise respond to Plaintiff Legal Aid Chicago's ("Plaintiff") First Amended Complaint [Dkt. 53] ("FAC") by 30 days, up to and including December 19, 2024. Counsel for Hunter Properties has conferred with Plaintiff's counsel, and Plaintiff does not oppose the requested extension. In support of its unopposed motion, Hunter Properties states:

1.  Plaintiff filed the FAC on November 5, 2024, and therefore, the deadline for Hunter Properties to answer or otherwise respond to the FAC is currently November 19, 2024. Fed. R. Civ. P. 15(a)(3).

2.  In the FAC, Plaintiff alleges that Hunter Properties' policies violate the Fair Housing Act, 42 U.S.C. § 3604(a), by discriminating on the basis of sex and race and violate the Illinois Consumer Fraud and Business Practices Act, 815 ILCS 505/2. (FAC ¶¶ 88, 91, 102.) Plaintiff further alleges that its mission and core activities have been injured by this conduct. (*Id.* ¶ 7.)

3. Given the complexity and nature of Plaintiff's claims, Hunter Properties respectfully requests an additional thirty days, up to and including December 19, 2024, to prepare and file its responsive pleading.

4. Counsel for Hunter Properties conferred with Plaintiff's counsel, and Plaintiff does not oppose the requested extension and has agreed to such extension until December 19, 2024.

5. This is Hunter Properties' first request for an extension of time to respond to the First Amended Complaint. Hunter Properties previously requested and was granted two extensions of time to respond to Plaintiff's original Complaint.

6. Hunter Properties expressly reserves the right to raise all defenses it has to the First Amended Complaint.

WHEREFORE, Defendant Hunter Properties, Inc. respectfully requests that this Court extend the deadline to answer or otherwise respond to Plaintiff's First Amended Complaint by 30 days, up to and including December 19, 2024.

Dated: November 6, 2024  Respectfully submitted,

/s/ Maria A. Boelen

John S. Letchinger
Maria A. Boelen
Katharine H. Walton
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, IL 60606
Telephone: 312.416.6200
Facsimile: 312.416.6201
jletchinger@bakerlaw.com
mboelen@bakerlaw.com
kwalton@bakerlaw.com

*Attorneys for Defendant Hunter Properties, Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, November 6, 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

/s/ Maria A. Boelen