## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Legal Aid Chicago

                  Plaintiff,

v.                                              Case No.: 1:23−cv−04809
                                                Honorable Steven C. Seeger

Hunter Properties, Inc.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 7, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: Defendant's unopposed motion to extend time to respond to plaintiff"s first amended complaint (Dckt. No. [54]) is hereby granted. Defendant shall respond to plaintiff's amended complaint by December 19, 2024. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.