**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LEGAL AID CHICAGO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 1:23-cv-4809 |
| | ) | |
| v. | ) | Honorable Steven C. Seeger |
| | ) | |
| | ) | Unopposed Motion for Leave to |
| HUNTER PROPERTIES, INC., | ) | Withdraw Ameri R. Klafeta, Emily |
| | ) | Werth, Linda S. Morris, and Jennesa |
| Defendant. | ) | Calvo-Friedman as Counsel for Plaintiff |
| | ) | |

## UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Undersigned counsel for Plaintiff Legal Aid Chicago respectfully moves, pursuant to Local Rule 83.17, to withdraw Ameri R. Klafeta, Emily Werth, Linda S. Morris, and Jennesa Calvo-Friedman as counsel of record in the above-captioned case and, in support of this Motion, states as follows.

1. Current counsel will continue representation for the Plaintiff, who will not suffer any prejudice as a result of the withdrawal. They include: Brian J. Massengill, Brett E. Legner, Megan E. Stride, & Julia M. Petsche of Mayer Brown LLP, and Eric Dunn & Katherine E. Walz of the National Housing Law Project.

2. Notice of Ameri R. Klafeta, Emily Werth, Linda Morris, and Jennesa Calvo-Friedman's withdrawal has been provided to Legal Aid Chicago and counsel for Defendant, who consent to the filing of this motion.

3. WHEREFORE, movant seeks an order granting leave for withdrawal of Ameri R. Klafeta, Emily Werth, Linda S. Morris, and Jennesa Calvo-Friedman as counsel for Plaintiff in the above-captioned case.

Dated: November 15, 2024

Respectfully submitted,

/s/ Emily Werth
Ameri R. Klafeta
Emily Werth
Roger Baldwin Foundation of ACLU, Inc.
150 North Michigan Avenue, Suite 600
Chicago, IL 60601
(312) 201-9740
aklafeta@aclu-il.org
ewerth@aclu-il.org

Linda S. Morris
Jennesa Calvo-Friedman
American Civil Liberties Union
Women's Rights Project
125 Broad St. 18th Fl.
New York, NY 10004
Tel: 212-549-2500
LindaM1@aclu.org
Jcalvo-friedman@aclu.org

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on November 15, 2024, I filed the foregoing UNOPPOSED MOTION FOR LEAVE TO WITHDRAW electronically with the Clerk of Court for the Northern District of Illinois using that Court's CM/ECF system, which will accomplish electronic notice and service for all participants who are registered CM/ECF users.

November 15, 2024

/s/ Emily Werth
Emily Werth

Attorney for Plaintiff