# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Legal Aid Chicago

                Plaintiff,

v.                                                    Case No.: 1:23−cv−04809

                                                             Honorable Steven C. Seeger

Hunter Properties, Inc.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 25, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: The unopposed motion for leave to withdraw as counsel (Dckt. No. [56]) is hereby granted. Attorney Linda Morris, Emily Werth, Jennesa Calvo−friedman and Ameri Rose Klafeta are terminated as counsel of record. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.