UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEGAL AID CHICAGO, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 1:23-cv-4809 |
| | ) | |
| | ) | |
| | ) | Unopposed Motion for Leave to Withdraw |
| HUNTER PROPERTIES, INC., | ) | Katherine E. Walz Counsel for Plaintiff |
| | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Undersigned counsel for Plaintiff Legal Aid Chicago respectfully moves, pursuant to Local Rule 83.17, to withdraw Katherine E. Walz as counsel of record in the above-captioned case and, in support of this Motion, states as follows.

1. Ms. Walz is ending her employment at the National Housing Law Project.

2. Current counsel will continue representation for the Plaintiff, who will not suffer any prejudice as a result of the withdrawal. They include: Brian J. Massengill, Brett E. Legner, Megan E. Stride, & Julia M. Petsche of Mayer Brown LLP, and Eric Dunn of the National Housing Law Project.

3. Notice of Katherine E. Walz's withdrawal has been provided to Legal Aid Chicago and counsel for Defendant, who consent to the filing of this motion.

4. WHEREFORE, movant seeks an order granting leave for withdrawal of Katherine E. Walz as counsel for Plaintiff in the above-captioned case.

1

Dated: J a n u a r y  1 6 ,  2 0 2 5

Respectfully submitted,

/s/Katherine E. Walz
Katherine E. Walz
National Housing Law Project
90 New Montgomery St., Suite 1015
San Francisco, CA 94105
(415) 546-7000
kwalz@nhlp.org