**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LEGAL AID CHICAGO, ) | |
| ) | Case No. 1:23-cv-4809 |
| Plaintiff, ) | |
| ) | Honorable Steven C. Seeger |
| v. ) | |
| ) | |
| HUNTER PROPERTIES, INC., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Defendant, Hunter Properties, Inc. ("Hunter Properties"), respectfully moves this Court for an order dismissing Plaintiff's First Amended Complaint (Doc. 53) for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) or, alternatively, for failure to state a claim on which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). Support for this Motion is found in the accompanying Memorandum of Law.

WHEREFORE, Defendant Hunter Properties, Inc. respectfully requests that this Court enter an Order granting this Motion and ordering the relief specified in Hunter Properties, Inc.'s Memorandum of Law.

Dated: January 21, 2025               Respectfully submitted,

*/s/ Maria A. Boelen*

John S. Letchinger (jletchinger@bakerlaw.com)
Maria A. Boelen (mboelen@bakerlaw.com)
Katharine H. Walton (kwalton@bakerlaw.com)
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, IL 60606
Telephone: 312.416.6200
Facsimile: 312.416.6201

*Attorneys for Defendant Hunter Properties, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, January 21, 2025, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ Maria A. Boelen*